IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:08CR3056 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JOSE LUIS ARTIAGA HERNANDEZ, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The government's request for hearing (filing 57) is granted.

(2) A hearing on the government's motion for reduction of sentence pursuant to Rule 35(b) (filing 55) has been set before the undersigned United States district judge on Tuesday, November 10, 2009, at 8:30 a.m., in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

(3) The United States Marshal is directed to return the defendant to the district for the hearing.

Dated October 27, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge